UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE CO | CIVIL ACTION NO. 19-cv-0127 |
| VERSUS | JUDGE JUNEAU |
| FRESH WATER DISTRICT TECHE VERMILION FRESH WATER ET AL | MAGISTRATE JUDGE WHITEHURST |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss pursuant to Rule 12(b)(6) filed by defendant, Sellers & Associates, Inc. ("Sellers") [Doc. 33] be **DENIED.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of January, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE